GEORGE W. BURTON, PLAINTIFF IN ERROR, V. PATRICK
    MANNING, DEFENDANT IN ERROR.

SAME as *Bullock v. Jordan, supra.*

ERROR to the district court for Harlan county. Tried
below before GASLIN, J.

*John Dawson,* for plaintiff in error.

No appearance for defendant in error.

BY THE COURT.

This cause was commenced before a justice of the peace
of Harlan county by the plaintiff in error against the de-
fendant in error on a promissory note given for the sum of
one hundred nineteen dollars and thirty-four cents. A
judgment was rendered in favor of the plaintiff for one
hundred twenty-five dollars and eighty cents. The cause
was then taken to the district court on error. The district
court found error in the judgment of the justice of the
peace, reversed the same, but retained the cause for trial
in the district court. Whereupon the plaintiff brings the
cause to this court on error.

The question thus presented is identical with that de-
cided in the case of *Bullock v. Jordan,* and is disposed of
accordingly.

The judgment of the district court is therefore reversed,
and that of the justice of the peace affirmed.

                        JUDGMENT ACCORDINGLY.